UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARA JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-cv-00854-SEP |
| BARNES JEWISH HOSPITAL EMERGENCY ROOM, | ) ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff Sara Jackson's Application to Proceed in the District Court without Prepaying Fees or Costs, Doc. [2]. On review of the application and financial information provided therein, the Court will grant the application and waive the filing fee. Plaintiff's complaint against Defendant Barnes Jewish Hospital is defective, however, because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms . . . ."). The Court will order Plaintiff to file an amended complaint on a Court-provided form.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in the District Court without Prepaying Fees or Costs, Doc. [2], is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's civil complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the Court-provided form within 21 days of the date of this Order.

**IT IS FINALLY ORDERED** that failure to timely comply with this Order shall result in the dismissal of this action, without prejudice and without further notice.

Dated this 20th day of June, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE